RECEIVED
MAY 21 2007
U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR 03-00012-01T |
| | ) | |
| DAVID RUSSO | ) | |

## ORDER TO RELEASE PASSPORT

**THIS CAUSE** having come before U.S. Magistrate Judge ~~Robert W. Lovegreen~~ LINCOLN D. ALMOND for an order to release the defendant's passport which was surrendered as a condition of pretrial release,

**WHEREAS** the defendant has completed the term of his supervision on April 28, 2007 as ordered by this Court, it is hereby

**ORDERED** that the defendant's passport be released.

**ENTERED** as an order of this Honorable Court the 21st day of MAY, 2007.

ENTER:

~~Robert W. Lovegreen~~
U.S. Magistrate Judge
LINCOLN D. ALMOND

PER ORDER:

Deputy Clerk

FILED
MAY 22 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND